(84 South. 857)

JOHNSON v. STATE. (3 Div. 359.)

(Court of Appeals of Alabama. Jan. 20, 1920.)

CRIMINAL LAW ⬤➠1094—AFFIRMANCE IN ABSENCE OF BILL OF EXCEPTIONS.

In absence of bill of exceptions, judgment must be affirmed, where no errors are apparent of record.

Appeal from Circuit Court, Montgomery County; Leon McCord, Judge.

D. P. Johnson was convicted of embezzlement, and he appeals. Affirmed.

J. Q. Smith, Atty. Gen., for the State.

MERRITT, J. The defendant was convicted of embezzlement, and sentenced to hard labor. There is no bill of exceptions in the record, and the time for filing the same has elapsed. The judgment and proceedings are regular, and, no errors appearing in the record, the case must be affirmed.

Affirmed.